Michael G. Marderosian, No. 077296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants SEANN WOESSNER (sued herein as Officer Woessner), NICHOLAS BENAVENTE (sued herein as Beneventa Badge #1130), DAMIAN ROMERO (sued herein as Romero, Badge #1175), and NATHAN POTEETE (sued herein as "BPD, Poteete")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE BROWN, | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL OF CASE TO FEDERAL COURT BY DEFENDANTS** |
| v. | |
| BPB OFFICERS WOESSNER, BENAVENTA Badge # 1130, ROMERO, Badge # 1175, and BPD, POTEETE, and DOES 1 to 20, inclusive, | |
| Defendants. | |

Defendants SEANN WOESSNER (sued herein as Officer Woessner), NICHOLAS BENAVENTE (sued herein as Beneventa Badge #1130), DAMIAN ROMERO (sued herein as Romero, Badge #1175), and NATHAN POTEETE (sued herein as "BPD, Poteete") (hereinafter collectively "Defendants") respectfully allege as follows:

1.    On August 29, 2018, Plaintiff filed his Summons and Complaint with the Kern County Superior Court.

2.    On September 5, 2018, the Kern County Superior Court issued the Summons.

///

MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721

3.     A copy of all of the pleadings in the Defendants' file are attached hereto as Exhibits 1 and 2 as follows:

| NO. | DATE | DOCUMENT | FILED BY |
|-----|------|----------|----------|
| 1 | 08/29/18 | Complaint | Plaintiff |
| 2 | 09/05/18 | Issued Summons | Plaintiff |

4.     The only matters set for hearing in the Kern County Superior Court is the Case Management Conference on February 25, 2019.

5.     This Court has original jurisdiction over the claim against Defendants under 28 U.S.C. § 1331 because district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

6.     The removal of this claim against Defendants to this Court is proper under 28 U.S.C § 1441(b) because any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties, or laws of the United States shall be removable without regard to the citizenship or residence of the parties and under 28 U.S.C § 1441(c) because the claims asserted against the Defendants are separate and independent.

7.     A copy of the Notice to Adverse Parties of Removal of Case to Federal Court which attaches this Notice of Removal of Case to Federal Court that will be filed with the Kern County Superior Court is attached hereto as Exhibit 3.

WHEREFORE, Defendants pray that this action be removed to this Court.

Dated:  November 16, 2018                         MARDEROSIAN & COHEN

                                                  */s/ Michael G. Marderosian*
                                          By:_____
                                                  Michael G. Marderosian,
                                                  Attorney for Defendants above-named.

MARDEROSIAN & COHEN
1260 FULTON STREET
FRESNO, CA 93721

EXHIBIT 1

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| BENNIE BROWN<br>1924 "S" Street<br>Bakersfield, California 93304<br><br>TELEPHONE NO: (661) 831-9903    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* In Pro Per | SUPERIOR COURT of CA, COUNTY OF KERN<br><br>FILED<br>AUG 2 9 2018<br><br>BY   ED   DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN
 STREET ADDRESS: 1415 Truxtun Avenue
 MAILING ADDRESS: Same
 CITY AND ZIP CODE: Bakersfield, California 93301
 BRANCH NAME: Unlimted Jurisdiction

PLAINTIFF: Bennie Brown

DEFENDANT: BPD Officers WOESSNER, BENEVENTA Badge #
1130, ROMERO, Badge # 1175, and BPD,POTEETE

☑ DOES 1 TO 20

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
 ☐ AMENDED *(Number):*

Type *(check all that apply):*
☐ MOTOR VEHICLE ☐ OTHER *(specify):* Civil Rights Violations
 ☐ Property Damage ☐ Wrongful Death
 ☐ Personal Injury ☑ Other Damages *(specify):* Statutory

Jurisdiction *(check all that apply):*
☐ ACTION IS A LIMITED CIVIL CASE
 Amount demanded ☐ does not exceed $10,000
       ☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
 ☐ from limited to unlimited
 ☐ from unlimited to limited

NOTICE OF ASSIGNMENT AND
CASE MANAGEMENT CONFERENCE

Assigned to STEPHEN D. SCHUETT for all purposes.
Hearing Date: 02-25-2019
Time: 8:15A.M.
Department: 10
See CRC Rule 3.720 Et. Seq.

CASE NUMBER:

BCV-18-102143 SDS

1. Plaintiff *(name or names):* BENNIE BROWN

alleges causes of action against defendant *(name or names):*
BPD Officers, WOSSENER, Badge # BENEVENTA and BPD Officer ROMERO,

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
 a. ☐ except plaintiff *(name):*
  (1) ☐ a corporation qualified to do business in California
  (2) ☐ an unincorporated entity *(describe):*
  (3) ☐ a public entity *(describe):*
  (4) ☐ a minor ☐ an adult
   (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
   (b) ☐ other *(specify):*
  (5) ☐ other *(specify):*
 b. ☐ except plaintiff *(name):*
  (1) ☐ a corporation qualified to do business in California
  (2) ☐ an unincorporated entity *(describe):*
  (3) ☐ a public entity *(describe):*
  (4) ☐ a minor ☐ an adult
   (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
   (b) ☐ other *(specify):*
  (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Brown v. BPD Officer Woessner, Et al. | |

4. ☐ Plaintiff (name):

is doing business under the fictitious name (specify):

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☐ except defendant (name):
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

c. ☐ except defendant (name):
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

b. ☐ except defendant (name):
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

d. ☐ except defendant (name):
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
    a. ☑ Doe defendants (specify Doe numbers): 1 to 20      were the agents or employees of other named defendants and acted within the scope of that agency or employment.
    b. ☐ Doe defendants (specify Doe numbers):      are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
    a. ☑ at least one defendant now resides in its jurisdictional area.
    b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
    c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
    d. ☐ other (specify):

9. ☑ Plaintiff is required to comply with a claims statute, and
    a. ☑ has complied with applicable claims statutes, or
    b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Brown v. BPD Officer Woessner, Et al. | |

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☑ Other (specify):

      Federal Civil Rights Violations pursuant to Title 42 U.S.C. Section 1983

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☑ other damage (specify):

      Statutory Compensatory Damages and Punitive Damages Pursuant to Title 42 U.S.C. Section 1983

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12. .
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☑ punitive damages
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) ☐ according to proof
      (2) ☑ in the amount of: $ 200,000.00

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: August 28, 2018

Bennie Brown
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 (Rev. January 1, 2007)      COMPLAINT—Personal Injury, Property      Page 3 of 3
Damage, Wrongful Death

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Brown v. BPD Officers WOESSNER | |

First _____ **CAUSE OF ACTION—Intentional Tort**    Page _____
  (number)

ATTACHMENT TO ☑ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: Bennie Brown

  alleges that defendant *(name)*: BPD Officers Woessner, Beneventa, Romero, and Potteete

☑ Does 1    to    20

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* May 22, 2017
at *(place)* Bakersfield, California

*(description of reasons for liability):*

## COMPLAINT FOR EXCESSIVE FORCE
Plaintiff BENNIE BROWN, complains and allege as follows:

### I. JURISDICTION
1. This complaint seeks, inter alias, damages pursuant to 42 U.S.C. Section 1983 and 42 U.S.C. Section 1988 for violation of Plaintiffs' civil rights.
2. Jurisdiction is founded on 28 U.S.C. Section 1331 and 28 U.S.C. Section 1343. This court has "pendent jurisdiction" under concurrent jurisdiction and authority to California Superior Court legal jurisdiction to adjudicate federal civil rights claims brought under Section 1983.

### II. VENUE
3. The actions or omissions giving rise to the Plaintiffs' claims arose in the County of Kern, State of California. Thus, pursuant to 28 U.S.C. Section 1391 (b) (2), venue is proper in this federal district courthouse of the State of California.

### III. PARTIES
4. During all times mentioned in this Complaint, Plaintiff BENNIE BROWN, was, and is, a United States citizen. Plaintiff BENNIE BROWN resides in Kern County, State of California.
5. During all times mentioned in this Complaint, Plaintiff BENNIE BROWN was and is, United States citizen, Plaintiff BENNIE BROWN resides in the County of Kern, State of California.
6. Defendants, BPD Officers WOESSNER, BENEVENTA, ROMERO, and POTEETE, are all members of he Bakersfield Police Department, existing under the laws of this States.
7. Defendants and each of them, unless indicated otherwise, was at all times described, an employee of the Bakersfield Police Department, and was acting in the course and scope of that employment. Defendants, and each of them, are sued in their "individual capacity" only.

Cont'd Page 1-

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

CAUSE OF ACTION–Intentional Tort

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Brown v. Woessner, Et al. | |

First _____  **CAUSE OF ACTION—Intentional Tort**   Page _____
   (number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: Bennie Brown

alleges that defendant *(name)*: BPD Officers Woessner, Beneventa, Romero, and Potteete

☑ Does 1 _____ to 20 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* May 22, 2017
at *(place)* Bakersfield, California
*(description-of-reasons-for-liability):*

8. Each of these Defendants, including DOES 1 to 20, caused, and is legally responsible for, the incident, unlawful conduct, injuries, and damages, alleged by personally participating in the unlawful conduct, or acting jointly or conspiring with others to act, by authorizing or allowing, explicitly or implicitly unlawful conduct giving rise to this action.
9 In doing the acts, and/or omissions alleged, Defendants, and each of them, acted under color of state law and all times relevant.
10. Plaintiff is informed and believes, and thereon allege, that the violations of the Plaintiffs' constitutional rights complained of were

FIRST CAUSE OF ACTION
(Excessive Force)

11. Plaintiff realleges and incorporates by reference paragraphs 1 through 10, as though full set forth here. Defendants and each of them exposed Plaintiff to unreasonable force and seizure during the course of effecting the arrest of Plaintiff for violating various traffic laws.
12. Plaintiff realleges that Defendants and each of them used "Excessive Force" in effectuating the arrest of Plaintiff by " Punching Plaintiff on the right side of Plaintiff face, causing Plaintiff great pain and scaring of his face and causing Plaintiff to be knocked13. Plaintiff to the ground and placing the arresting officers' body weight on top of Plaintiff causing an inability to breath.
13. Plaintiff further alleges that during the course of the arrest, Defendants and each of them, intentionally assaulted and battered Plaintiff and used excessive force against Plaintiff.
14. Plaintiff further asserted that under the circumstances surrounding the arrest of Plaintiff, did not pose a deadly threat to any officers at the time of arrest so as to justify the manner in which said Defendants assaulted Plaintiff. The conduct of each of these officers, under circumstances, was excessive, unlawful, malicious, oppressive, and with a deliberate indifference to Plaintiff's rights, Alternatively, Defendants and each of them, conduct was committed with "reckless disregrd" for Plaintiff's rights and without due regard of Plaintiff's rights and safety.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]    **CAUSE OF ACTION–Intentional Tort**    Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Brown v. Woessner, Et al. | |

Second_____   **CAUSE OF ACTION—Intentional Tort**   ·Page _____
    (number)

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*:  Bennie Brown

   alleges that defendant *(name)*:  BPD Officers Woessner, Beneventa,Romero, and Potteete

            [✓] Does 1_____   to   20_____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*May 22, 2017
at *(place)*Bakersfield, California

*(description of reasons for liability)*:

SECOND CAUSE OF ACTION
(Failure to Prevent Use of Excessive Force)

11. Plaintiff realleges and incorporates by reference paragraphs 1 through 14, as though full set forth herein and alleges that Defendants and each of them are liable to Plaintiff pursuant to the "Theory" of Failure to Prevent Plaintiff from being subjected to "excessive force" and "battering" by the named Defendants sued herein.

Wherefore; Plaintiff respectfully request judgment in his favor granting:

1. An order granting Plaintiff $200, 000.00 judgment against Defendants and each of them.
2. An award of attorney's fees and costs incurred in this action.
3. Such further and other relief deemed proper and just.

Dated: August 28, 2018                                    Respectfully submitted,

                                                          Bennie Brown-Plaintiff

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev January 1, 2007]            **CAUSE OF ACTION–Intentional Tort**            Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov





EXHIBIT 2

EXHIBIT 3

'18 NOV 6 AM SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

BPB Officers WOESSENER, BENEVENTA Badge # 1130, ROMERO,
Badge # 1175, and BPD, POTEETE, Does 1 to 20F BAKERSFIELD

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* NOV - 6 2018

BENNIE BROWN

CITY CLERK'S OFFICE

| FOR COURT USE ONLY (SOLO PARA USO DE LA CORTE) |
|---|
| FILED KERN COUNTY SUPERIOR COURT 09/06/20/18 TAMARAH HARBER-PICKENS BY Griffith, Kasey                , DEPUTY |

SEP 0 5 2018

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of Kern County,
Unlimited Jurisdiction, 1415 Truxtun Avenue, Bakersfield, California 93301

**BCV-18-102143-SDS**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Bennie Brown, 1925 "S" Street,  Telephone (661) 831-9903 In Pro Per, Bakersfield, California 93304

| DATE: *(Fecha)* 9/6/2018 | Tamarah Harber-Pickens | Clerk, by *(Secretario)* /s/ K. Griffith | , Deputy *(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [✓] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

under: [ ] CCP 416.10 (corporation)  [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)

[ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 www.courtinfo.ca.gov |
|---|---|---|

EXHIBIT 3

Michael G. Marderosian, No. 077296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA  93301
Telephone:  (661) 326-3721
Facsimile:  (661) 852-2020

Attorneys for: Defendants SEANN WOESSNER (sued herein as Officer Woessner), NICHOLAS BENAVENTE (sued herein as Beneventa Badge #1130), DAMIAN ROMERO (sued herein as Romero, Badge #1175), and NATHAN POTEETE (sued herein as "BPD, Poteete")

SUPERIOR COURT OF CALIFORNIA

COUNTY OF KERN / METROPOLITAN DIVISION

| | |
|---|---|
| BENNIE BROWN,<br><br>                    Plaintiff,<br><br>          v.<br><br>BPB OFFICERS WOESSNER,<br>BENAVENTA Badge # 1130, ROMERO,<br>Badge # 1175, and BPD, POTEETE,<br>and DOES 1 to 20, inclusive,<br><br>                    Defendants. | Case No.  BCV-18-102143-SDS<br><br>**NOTICE TO ADVERSE PARTIES OF REMOVAL OF CASE TO FEDERAL COURT BY DEFENDANTS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that Defendants SEANN WOESSNER, NICHOLAS BENAVENTE, DAMIAN ROMERO, and NATHAN POTEETE (hereinafter "Defendants") have filed their Notice of Removal of the above-captioned action, a copy of which is attached hereto (without exhibits), with the United States District Court for the Eastern District of California.

///

///

///

MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d) the filing of said Notice in the United States District Court, together with the filing of said Notice with this Court, effects the removal of this action and the above-captioned Court may proceed no further unless and until the case has been remanded.

Dated:  November 16, 2018                    MARDEROSIAN & COHEN

By:_____
            Michael G. Marderosian
            Attorney for Defendants above-named.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1260 Fulton Street, Fresno, California 93721.

On November 16, 2018, I served the within **NOTICE TO ADVERSE PARTIES OF REMOVAL OF CASE TO FEDERAL COURT BY DEFENDANTS** on the interested parties in said action, as listed below:

ATTORNEYS:                                    PARTIES:

Bennie Brown                                  Plaintiff In Pro Per
1924 S Street
Bakersfield, CA 93304

☒   Via U.S. Mail:        I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. The practice is to deposit correspondence with the United States Postal Service the same day it is placed for mailing in the ordinary course of business. I placed the envelope(s), with postage prepaid, for collection and processing for mailing following said practice. (C.C.P. § 1013, *et seq.*)

☐   Via Hand Delivery:    I caused the document(s) listed above to be served via hand delivery to the address(es) listed above.
(C.C.P. § 1013, *et seq.*)

☐   Via Overnight Courier:   I caused the document(s) listed above to be served by overnight courier to the address(es) listed above.
(C.C.P. § 1013, *et seq.*)

☐   Via Facsimile:       I served the document(s) listed above via facsimile transmission to the number(s) listed above.
(C.C.P. § 1013, *et seq.*)

☐   Via Email:           I served the document(s) listed above via electronic transmission to the email address(es) listed above.

☒   State:              I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐   Federal:            I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on November 16, 2018, at Fresno, California.

*Kate Freitas*

_____
Kate Freitas

MARDEROSIAN & COHEN
1260 FULTON STREET
FRESNO, CA 93721

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1260 Fulton Street, Fresno, California 93721.

On November 16, 2018, I served the within **NOTICE OF REMOVAL OF CASE TO FEDERAL COURT BY DEFENDANTS** on the interested parties in said action, as listed below:

ATTORNEYS:                                         PARTIES:

Bennie Brown                                       Plaintiff In Pro Per
1924 S Street
Bakersfield, CA 93304

☒   Via U.S. Mail:              I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. The practice is to deposit correspondence with the United States Postal Service the same day it is placed for mailing in the ordinary course of business. I placed the envelope(s), with postage prepaid, for collection and processing for mailing following said practice. (C.C.P. § 1013, *et seq.*)

☐   Via Hand Delivery:          I caused the document(s) listed above to be served via hand delivery to the address(es) listed above.
                                (C.C.P. § 1013, *et seq.*)

☐   Via Overnight Courier:      I caused the document(s) listed above to be served by overnight courier to the address(es) listed above.
                                (C.C.P. § 1013, *et seq.*)

☐   Via Facsimile:              I served the document(s) listed above via facsimile transmission to the number(s) listed above.
                                (C.C.P. § 1013, *et seq.*)

☐   Via Email:                  I served the document(s) listed above via electronic transmission to the email address(es) listed above.

☐   State:                      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒   Federal:                    I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on November 16, 2018, at Fresno, California.

/s/ Kate Freitas

_____
Kate Freitas

MARDEROSIAN & COHEN
1260 FULTON STREET
FRESNO, CA 93721